UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BOBBIE PETREE,**

    **Plaintiff,**

v.                                      **Case No: 8:22-cv-1451-MSS-CPT**

**HOME WARRANTY
ADMINISTRATOR OF FLORIDA,
INC.,**

    **Defendant.**

_____

**ORDER OF DISMISSAL**

Upon review of the Plaintiff's Notice of Voluntary Dismissal, (Dkt. 14), and pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE** as to Plaintiff's individual claims and **DISMISSED WITHOUT PREJUDICE** as to the putative class claims. Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 31st day of January 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party